No. 409. UNION STOCK YARDS COMPANY OF OMAHA, LTD. *v.* MAYHALL & NEIBLE, A COPARTNERSHIP, ET AL. Error to the Supreme Court of the State of Nebraska. Motion submitted June 4, 1923. Decided June 11, 1923. Motion to reinstate petition for a writ of certiorari herein denied. *Mr. Norris Brown* and *Mr. Irving F. Baxter* for

plaintiff in error. *Mr. A. A. McLaughlin, Mr. Francis A. Brogan, Mr. Alfred G. Ellick, Mr. Anon Raymond, Mr. Bruce Scott* and *Mr. Byron Clark* for defendants in error. [See *ante*, 731; and 260 U. S. 742.]